UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MORISSETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil no. 2:14-cv-452-JDL |
| | ) |
| THE COTE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

This matter was tried before the Court and a jury, Honorable Jon D. Levy presiding, and the issues having been duly tried and the jury having rendered its verdict on March 30, 2017; and in accordance with the Order on Defendant's Motion for Partial Summary Judgment entered on November 10, 2016; and the oral Order on Defendant's oral Motion to Dismiss Claims entered March 30, 2017;

JUDGMENT is hereby entered for the Defendant The Cote Corporation as against the Plaintiff Michael Morissette.

CHRISTA K. BERRY, CLERK

/s/ Michelle Thibodeau
Deputy Clerk

Dated this 31st day of March, 2017.